THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARIA R. RODRIGUEZ HERNANDEZ,       :
                                    :
                Plaintiff,           :   3:23-CV-742
                                    :   (JUDGE MARIANI)
        v.                           :   (Magistrate Judge Mehalchick)
                                    :
MARVIN VASQUEZ,                      :
                                    :
                Defendant.           :

## ORDER

AND NOW, THIS 12th DAY OF OCTOBER, 2023, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge